447 A.2d 639

Commonwealth, Appellant v. Keasley.

Petition for Allowance of Appeal Granted Nov. 3, 1982.

Argued

598

March 31, 1981. Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellant; Athena M. Dooley, for appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Order affirmed.